*E-Filed 6/20/11*

ARTHUR M. EIDELHOCH, Bar No. 168096
GUISSU N. RAAFAT, Bar No. 254615
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:     415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
CENTRAL PARKING SYSTEM, INC.

ALDEN KNISBACHER
KNISBACHER LAW OFFICE
220 Montgomery Street
Suite 961
San Francisco, CA 94104
Telephone:     415.522.5200
Facsimile:     415.522.5201

Attorneys for Plaintiff
JAMES PAUL BAUTISTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES PAUL BAUTISTA,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTRAL PARKING SYSTEM, INC.,<br><br>        Defendant. | Case No.  C 10-03578 RS<br><br>**JOINT ADR STIPULATION AND [PROPOSED] ORDER** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT ADR STIPULATION AND
[PROPOSED] ORDER

CASE NO. C 10-03578 RS

Subject to the approval of the Court, Plaintiff James Paul Bautista and Defendant Central Parking Systems, Inc., through their respective counsel of record, hereby stipulate to the following:

WHEREAS,

1. On February 18, 2011, the Court ordered the parties to court sponsored mediation;

2. Northern District of California Local Rule 3-6 requires the parties to hold the ADR session within 120 days after the entry of order referring the case to a specific ADR process;

3. The parties were not contacted by the court appointed mediator, Peter W. Sherwood until June 14, 2011.

4. The court appointed mediator has scheduled a conference call for July 7, 2011 to discuss scheduling of mediation.

5. The parties need additional time to conduct further discovery before participating in a mediation.

6. Defense Counsel has pre-planned vacation in August and September.

7. Defense Counsel has a three-week trial scheduled in October.

THEREFORE,

Subject to approval by the Court, the parties stipulate to extend the deadline to complete ADR to November 30, 2011.

IT IS SO STIPULATED.

Dated: June 16, 2011
/S/
ARTHUR M. EIDELHOCH
GUISSU RAAFAT
LITTLER MENDELSON
Attorneys for Defendant
CENTRAL PARKING SYSTEM, INC.

Dated: June 16, 2011
/S/
ALDEN KNISBACHER
KNISBACHER LAW OFFICES
CENTRAL PARKING SYSTEM, INC.
Attorney for Plaintiff
James Paul Bautista

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT ADR STIPULATION AND [PROPOSED] ORDER

1.

CASE NO. C 10-03578 RS

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

2  Pursuant to the parties' stipulation the deadline for completing ADR in this matter is

3  set for November 30, 2011

4  Dated: 6/20 , 2011

5

6  _____

7  HON. RICHARD SEEBORG
United States District Court Judge

8

9

10  Firmwide:101253307.1 024404.1078

11

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT ADR STIPULATION AND [PROPOSED] ORDER    2.    CASE NO.  C 10-03578 RS