*E-Filed 9/2/11*

1  ARTHUR M. EIDELHOCH, Bar No. 168096
   MAUREEN RODGERS, Bar No. 245876
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5  Facsimile:    415.399.8490
   E-mail: aeidelhoch@littler.com
6  E-mail: mrodgers@littler.com

7  Attorneys for Defendant
   CENTRAL PARKING SYSTEM, INC.
8

9  ALDEN KNISBACHER, Bar No. 169705
   KNISBACHER LAW OFFICE
10 220 Montgomery Street
   Suite 961
11 San Francisco, CA 94104
   Telephone:   415.522.5200
12 Facsimile:    415.522.5201
   E-mail: alden@knisbacher.com
13

   Attorneys for Plaintiff
14 JAMES PAUL BAUTISTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES PAUL BAUTISTA,<br><br>         Plaintiff,<br><br>    v.<br><br>CENTRAL PARKING SYSTEM, INC.,<br><br>         Defendant. | Case No.  C 10-03578 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER** |

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CMO

CASE NO.  C 10-03578 RS

**STIPULATION**

Subject to the approval of the Court, Plaintiff James Paul Bautista and Defendant Central Parking Systems, Inc., through their respective counsel of record, hereby stipulate to the following:

WHEREAS,

1. On February 18, 2011, the Court issued a Case Management Order (Docket No. 21) setting the following deadlines: (a) on or before September 30, 2011, all non-expert discovery must be completed by the parties; (b) on or before November 2, 2011, plaintiff must disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2); (c) on or before November 16, 2011, defendant must disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2); (d) on or before November 30, 2011, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) must be completed. The Court also ordered the parties to complete mediation within 120 days, and set a Further Case Management Conference to be held on December 15, 2011 at 10:00 a.m.

2. The Court-appointed mediator, Peter W. Sherwood, did not contact the parties until June 14, 2011. Accordingly, on June 16, 2011, the parties submitted a stipulation and proposed order to the Court requesting an extension of the mediation deadline.

3. On June 20, 2011, the Court granted the ADR extension and set November 30, 2011 as the last day to complete mediation (Docket No. 29).

4. The parties are in the process of scheduling the mediation, anticipated to be in October or November, 2011.

5. The parties have conducted informal fact finding and there has been some written discovery. Plaintiff was deposed in a related workers compensation action. In an effort to conserve attorneys' fees and other resources, the parties have agreed to forego further formal discovery until after the mediation.

6. Not long after the mediation in this case will conclude, Plaintiff's counsel is scheduled for trial in the Eastern District of California. This scheduled trial was considered in setting the proposed new discovery deadlines identified below.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT ADR STIPULATION AND [~~PROPOSED~~] ORDER   1.   CASE NO. C 10-03578 RS

1          The parties also request that the Court continue the December 15, 2011 Case Management Conference in light of the mediation schedule and extended discovery deadlines.

           NOW THEREFORE,

           Subject to approval by the Court, the parties stipulate to the following revised Case Management Order:

           1.      On or before March 30, 2012, all non-expert discovery shall be completed by the parties.  Discovery shall be limited as stated in the February 18, 2011 Case Management Order (Docket No. 21).

           2.      On or before May 2, 2012, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

           3.      On or before May 16, 2012, defendant must disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

           4.      On or before May 30, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) must be completed.

           5.      A Further Case Management Conference shall be held on June 21, 2012 at 10:00 a.m., or some other date and time which is convenient for and set by the Court, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

           IT IS SO STIPULATED.

Dated: September 2, 2011                          /S/
                                                  ARTHUR M. EIDELHOCH
                                                  MAUREEN RODGERS
                                                  LITTLER MENDELSON
                                                  Attorneys for Defendant
                                                  CENTRAL PARKING SYSTEM, INC.

Dated: September 2, 2011                          /S/
                                                  ALDEN KNISBACHER
                                                  KNISBACHER LAW OFFICES
                                                  CENTRAL PARKING SYSTEM, INC.
                                                  Attorney for Plaintiff
                                                  James Paul Bautista

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CMO        2.              CASE NO.  C 10-03578 RS

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Pursuant to the parties' stipulation modifying the Case Management Order, and good cause appearing therefore, the Court HEREBY ORDERS that the parties shall adhere to the following revised Case Management Order:

1. On or before March 30, 2012, all non-expert discovery shall be completed by the parties. Discovery shall be limited as stated in the February 18, 2011 Case Management Order (Docket No. 21).

2. On or before May 2, 2012, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

3. On or before May 16, 2012, defendant must disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

4. On or before May 30, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) must be completed.

5. The Case Management Conference currently set for December 15, 2011 shall be continued to June 21, 2012 at 10:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

Dated: 9/2 , 2011

_____
HON. RICHARD SEEBORG
United States District Court Judge

Firmwide:103467892.1 024404.1078

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CMO    3.    CASE NO. C 10-03578 RS