| | |
|---|---|
| 1 | ARTHUR M. EIDELHOCH, Bar No. 168096 |
| 2 | MAUREEN RODGERS, Bar No. 245876<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>650 California Street |
| 4 | 20th Floor<br>San Francisco, CA  94108.2693 |
| 5 | Telephone:    415.433.1940<br>Facsimile:     415.399.8490 |
| 6 | E-mail:  aeidelhoch@littler.com<br>E-mail:  mrodgers@littler.com |
| 7 | Attorneys for Defendant |
| 8 | CENTRAL PARKING SYSTEM, INC. |
| 9 | ALDEN KNISBACHER, Bar No. 169705 |
| 10 | KNISBACHER LAW OFFICE<br>220 Montgomery Street |
| 11 | Suite 961<br>San Francisco, CA 94104 |
| 12 | Telephone:    415.522.5200<br>Facsimile:     415.522.5201 |
| 13 | E-mail:  alden@knisbacher.com |
| 14 | Attorneys for Plaintiff<br>JAMES PAUL BAUTISTA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES PAUL BAUTISTA,<br><br>          Plaintiff,<br><br>     v.<br><br>CENTRAL PARKING SYSTEM, INC.,<br><br>          Defendant. | Case No.  C 10-03578 RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT CENTRAL PARKING SYSTEM, INC. PURSUANT TO FRCP 41(A)(1)(A)(II); [PROPOSED] ORDER**<br><br>COMPLAINT FILED:     April 13, 2010<br>TRIAL DATE:               No date set. |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT PURSUANT TO FRCP 41(A)(1)(A)(II); [PROPOSED] ORDER

CASE NO.  C 10-03578 RS

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff James Paul Bautista and Defendant Central Parking Systems, Inc., through their designated counsel of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendant has not filed a counterclaim. Each side shall bear his/its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: June 18, 2012, 2012

/S/
ARTHUR M. EIDELHOCH
MAUREEN RODGERS
LITTLER MENDELSON
Attorneys for Defendant
CENTRAL PARKING SYSTEM, INC.

Dated: 4/24/2012, 2012

ALDEN KNISBACHER
KNISBACHER LAW OFFICES
CENTRAL PARKING SYSTEM, INC.
Attorney for Plaintiff
James Paul Bautista

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this STIPULATED DISMISSAL is entered in this Action, and this Action is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: 6/19, 2012

HON. RICHARD SEEBORG
United States District Court Judge

Firmwide:110556690.1 024404.1078

STIPULATION OF DISMISSAL WITH PREJUDICE
OF CLAIMS AGAINST DEFENDANT PURSUANT
TO FRCP 41(A)(1)(A)(II); [PROPOSED] ORDER

1.

CASE NO. C 10-03578 RS