| | |
|---|---|
| 1 | ARTHUR M. EIDELHOCH, Bar No. 168096 |
| | MAUREEN RODGERS, Bar No. 245876 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 650 California Street |
| | 20th Floor |
| 4 | San Francisco, CA  94108.2693 |
| | Telephone:     415.433.1940 |
| 5 | Facsimile:      415.399.8490 |
| | E-mail:  aeidelhoch@littler.com |
| 6 | E-mail:  mrodgers@littler.com |

Attorneys for Defendant
CENTRAL PARKING SYSTEM, INC.

ALDEN KNISBACHER, Bar No. 169705
KNISBACHER LAW OFFICE
220 Montgomery Street
Suite 961
San Francisco, CA 94104
Telephone:     415.522.5200
Facsimile:      415.522.5201
E-mail:  alden@knisbacher.com

Attorneys for Plaintiff
JAMES PAUL BAUTISTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES PAUL BAUTISTA, | Case No.  C 10-03578 RS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT CENTRAL PARKING SYSTEM, INC. PURSUANT TO FRCP 41(A)(1)(A)(II); [PROPOSED] ORDER** |
| v. | |
| CENTRAL PARKING SYSTEM, INC., | |
| Defendant. | COMPLAINT FILED:    April 13, 2010 |
| | TRIAL DATE:              No date set. |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT PURSUANT TO FRCP 41(A)(1)(A)(II); [PROPOSED] ORDER

CASE NO.  C 10-03578 RS

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff James Paul Bautista and Defendant Central Parking Systems, Inc., through their designated counsel of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendant has not filed a counterclaim. Each side shall bear his/its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: June 18, 2012, 2012

/S/
ARTHUR M. EIDELHOCH
MAUREEN RODGERS
LITTLER MENDELSON
Attorneys for Defendant
CENTRAL PARKING SYSTEM, INC.

Dated: 4/24/2012, 2012

ALDEN KNISBACHER
KNISBACHER LAW OFFICES
CENTRAL PARKING SYSTEM, INC.
Attorney for Plaintiff
James Paul Bautista

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this STIPULATED DISMISSAL is entered in this Action, and this Action is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: 6/19, 2012

HON. RICHARD SEEBORG
United States District Court Judge

Firmwide:110556690.1 024404.1078

STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT PURSUANT TO FRCP 41(A)(1)(A)(II); [PROPOSED] ORDER     1.     CASE NO. C 10-03578 RS